UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No.: 11-CV-61316- Zloch/Rosenbaum

ACCESS FOR THE DISABLED, INC.,
ROBERT COHEN, and PATRICIA KENNEDY,

 Plaintiffs,

vs.

SUPER MUNCHIES, INC., A Florida
Corporation,

 Defendant.

_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

 Plaintiffs, ACCESS FOR THE DISABLED, INC., ROBERT COHEN, and PATRICIA KENNEDY (Collectively "Plaintiffs"), by and through the undersigned counsel, hereby voluntarily dismiss Defendant, SUPER MUNCHIES, INC., from this action with prejudice, each party to bear their own attorney fees and costs.

            /s/ Douglas S. Schapiro
            Bradley H. Trushin, Esq.
            Florida Bar No. 816371
            Douglas S. Schapiro
            Fla. Bar #54538
            Chepenik & Trushin, LLP
            Attorneys for Plaintiff
            12550 Biscayne Boulevard
            Suite 904
            North Miami, FL  33181
            Tele: 305-981-8889
            Fax: 305-405-7979

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY, that a true and correct copy of the foregoing was mailed/filed electronically this 8th day of July, 2011 to: Carlos A. Jimenez, as Registered Agent for Super Munchies, Inc., 3800 North University Dr., Sunrise, FL 33351.

/s/ Douglas S. Schapiro
Bradley H. Trushin, Esq.
Florida Bar No. 816371
Douglas S. Schapiro
Fla. Bar #54538
Chepenik & Trushin, LLP
Attorneys for Plaintiff
12550 Biscayne Boulevard
Suite 904
North Miami, FL  33181
Tele: 305-981-8889
Fax: 305-405-7979
