UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61316-CIV-ZLOCH

ACCESS FOR THE DISABLED, INC.,
ROBERT COHEN and PATRICIA
KENNEDY,

    Plaintiffs,

vs.    **<u>FINAL ORDER OF DISMISSAL</u>**

SUPER MUNCHIES, INC., a
Florida corporation,

    Defendant.

_____/

    THIS MATTER is before the Court upon the Notice Of Voluntary Dismissal With Prejudice (DE 6) filed herein by Plaintiffs, Access for the Disabled, Inc., Robert Cohen and Patricia Kennedy.  The Court has carefully reviewed said Notice and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The Notice Of Voluntary Dismissal With Prejudice (DE 6) filed herein by Plaintiffs, Access for the Disabled, Inc., Robert Cohen and Patricia Kennedy, be and the same is hereby approved, adopted and ratified by the Court;

    2.    The above-styled cause be and the same is hereby **DISMISSED** with prejudice, each party to bear their own attorney's fees and costs; and

3.   To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___11th___ day of July, 2011.

*[signature]*
WILLIAM J. ZLOCH
United States District Judge

Copy furnished:
Bradley H. Trushin, Esq.